**DENY; and Opinion Filed February 25, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00187-CV**

**IN RE HERBERT GEARS, Relator**

**Original Proceeding in the Fifth District Court of Appeals
Dallas County, Texas**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice O'Neill

Before the Court is relator's petition for writ of mandamus in which he contends that the Secretary of the City of Irving, Texas and the Mayor of the City of Irving, Texas have failed to take mandatory ministerial steps required under the Texas Election and Tax Codes to certify his proposed ordinance for the ballot in the upcoming City of Irving elections on May 10, 2104. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL O'NEILL
JUSTICE

140187F.P05